**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

BMB,

Plaintiff,

v.

STATE FARM FIRE & CASUALTY COMPANY,

Defendant.

Civil No. 01-355 (JRT/FLN)

**ORDER OF RECUSAL**

---

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly, **IT IS ORDERED** that pursuant to the Court's Order for Assignment of Cases dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the ~~patent~~ MASTER list of the automated case assignment system.

DATED: 3/1/2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

MAR 2 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order of Recusal, this case is reassigned to Judge Richard H. Kyle and Magistrate Judge John M. Mason.

NEW CASE NUMBER 01-355 RHK/JMM

Use this case number for all further filings.