UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BMB, CIVIL NO. 01-355 (RHK/JMM)

Plaintiff,

v. ORDER

STATE FARM FIRE & CASUALTY COMPANY,

Defendant.

The above matter came on for hearing before the undersigned on November 28, 2001 upon Plaintiff's Motion to Compel [Docket No. 22]. Robert J. Hennessey, Esq. appeared on behalf of Plaintiff; Michelle Dawn Christensen, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, for the reasons placed on the record, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel [Docket No. 22] is granted. Defendant shall produce the following documents identified in its Privilege Log no later than December 3, 2001: (1) Lawsuit Checklist dated 6/26/95, Bates No. SF 189; (2) Claim Committee Report dated 6/27/95, Bates Nos. SF 168-173; and (3) Company Closing Report dated 7/13/95, Bates No. SF 186.

Dated: November 28, 2001

JOHN M. MASON
United States Magistrate Judge

FILED NOV 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK