UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BMB,

Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant.

CIVIL NO.01-0355 (RHK/JMM)

ORDER

The above matter came on for hearing before the undersigned on December 20, 2001 upon Defendant's Motion to Compel Responses to Discovery Request [Docket No. 29]. Robert Hennessey, Esq. appeared on behalf of Plaintiff; Michelle Christensen, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant's Motion to Compel Responses to Discovery Request [Docket No. 29] is granted as follows. No later than December 28, 2001, Plaintiff shall provide the following discovery to Defendant:

1. Direct and complete responses to Interrogatory Nos. 26 through 39. As to those parts of Interrogatories which call for a "yes" or "no" response, such a response shall be provided.

2. All documents responsive to Defendant's Request for Production of Documents.

DEC 2 1 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. All statements responsive to Defendant's Request for Production of Statements.

Dated: December 21, 2001

JOHN M. MASON
United States Magistrate Judge

**MEMORANDUM**

The Court placed many of its reasons for this Order on the record at the time of the hearing. The only objection to the Interrogatories was that the number exceeded 25. The Court is persuaded that requiring Plaintiff to answer these particular Interrogatories is not burdensome, notwithstanding the fact that more than 25 have been submitted. Counsel for Plaintiff also expressed the fear that answers to Interrogatories would result in his being required to produce his timesheets, and that this would result in a violation of the attorney-client privilege. We need not reach that issue, since it does not appear to the Court that those timesheets have been sought.[1]

As to the document requests, it is Plaintiff's view that these documents have already been provided. If there are additional responsive documents, Plaintiff is required to produce those documents within the time specified by this Order. Should Plaintiff fail to produce the required documentation, it is permissible for Defendant to seek sanctions under Rule 37(b) of the Federal Rules of Civil Procedure.

J.M.M

---

[1] If Plaintiff prevails in this litigation, it is to be expected that he will be called upon to substantiate the basis upon which he computes the amount of attorney's fees sought. Whether it will be possible to do this without producing the timesheets is also not before the Court at this time.