**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

BMB,

Plaintiff, Civil No. 01-355 (RHK/JMM)

vs.

**ORDER**

State Farm Fire and Casualty Company,

Defendant.

---

Plaintiff's Motion regarding "Spoliation of Evidence" is referred to Magistrate Judge John M. Mason for a recommended disposition.

Dated: February 21, 2002

RICHARD H. KYLE
United States District Judge

FILED FEB 21 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK