UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BMB,

Plaintiff,

v.

STATE FARM FIRE &
CASUALTY COMPANY,

Defendant.

CIVIL NO. 01-355 (RHK/JMM)

ORDER/NOTICE OF HEARING

By Order dated February 21, 2002, District Judge Richard H. Kyle has referred Plaintiff's Motion regarding "Spoliation of Evidence" [Docket No. 38] to the undersigned. Plaintiff has filed a Motion seeking an Order "setting an evidentiary hearing to establish the record regarding spoliation of evidence and to determine whether sanctions should be ordered against Defendant State Farm Fire & Casualty Company for spoliation of evidence." The Motion seeks the issuance of an Order in the form attached to the Motion.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. No later than March 8, 2002, Defendant shall serve and file its Memorandum in Opposition to the Motion, setting forth the reasons it opposes the issuance of said proposed Order, together with such other pleadings as may be required or permitted by the Local Rules of this Court.

FEB 22 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. No later than March 14, 2002, Plaintiff may serve and file a Reply.

3. Oral argument will be heard before the undersigned on March 18, 2002 at 1:30 p.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

Dated: February 22, 2002

JOHN M. MASON
United States Magistrate Judge