**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

BMB,

Plaintiff,

v.

Civ. No. 01-355 (RHK/JMM)
**ORDER**

State Farm Fire and Casualty Company,

Defendant.

---

Before the Court are the Defendant's Motion for Summary Judgment (Doc. No. 49) and the Plaintiff's Motion for Partial Summary Judgment (Doc. No. 45). The above referenced Motions, scheduled for hearing before the undersigned on Friday, April 12, 2002, are hereby **REFERRED** to United States Magistrate Judge John M. Mason for recommended disposition. The April 12 hearing is **CANCELLED**. If Judge Mason desires a hearing, the parties will be notified.

Dated: April 1, 2002

RICHARD H. KYLE
United States District Judge.

APR 01 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK