UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BMB,

Plaintiff,

v.

STATE FARM FIRE &
CASUALTY COMPANY,

Defendant.

CIVIL NO. 01-355 (RHK/JMM)

ORDER/NOTICE OF HEARING

By Order dated April 1, 2002, the District Court has referred Plaintiff's Motion for Partial Summary Judgment [Docket No. 45] and Defendant's Motion for Summary Judgment [Docket No. 49] to the undersigned for a Report and Recommendation pursuant to 28 U.S.C. § 636 (b)(1)(B). Both motions have been fully briefed.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that oral argument will be held on said motions before the undersigned on April 19, 2002 at 9:00 a.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

Dated: April 2, 2002

JOHN M. MASON
United States Magistrate Judge

APR 0 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK