**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

BMB,

Plaintiff, Civil No. 01-355 (RHK/JMM)

vs.

**ORDER**

State Farm Fire and Casualty Company,

Defendant.

---

Plaintiff has appealed from the March 19, 2002 Order of Magistrate Judge John M. Mason denying her Motion for an evidentiary hearing relating to alleged spoliation of documentary evidence by Defendant. The undersigned has reviewed the file and the submissions of the parties, including a transcript of the arguments of counsel before Judge Mason on March 18th. That review satisfies the undersigned that Judge Mason appropriately resolved the Motion before him. His determination finds ample factual support in the record and is clearly consistent with both our local rules and Federal Rules of Civil Procedure. This Court would affirm his decision even if it were being reviewed de novo or sua sponte (which it is not). It certainly is not clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A).

APR 1 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Upon all the files, records and proceedings herein, **IT IS ORDERED** that the Order of March 19, 2002 (Doc. No. 68) is **AFFIRMED**.

Dated: April 11, 2002

RICHARD H. KYLE
United States District Judge