UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

BMB,

Plaintiff,

Civil No. 01-355 (RHK/JMM)

vs.

**ORDER**

State Farm Fire and Casualty Company,

Defendant.

---

Pending the Report and Recommendation of Magistrate Judge John M. Mason, this matter is removed from the June 1 trial calendar and the Court's April 5, 2002 Order regarding submissions of trial materials is **VACATED**. A new trial notice and scheduling order will be issued at a later date.

Dated: May 20, 2002

RICHARD H. KYLE
United States District Judge

MAY 20 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK