**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

BMB,

Plaintiff,

Civil No. 01-355 (RHK/JMM)

vs.

**ORDER**

State Farm Fire and Casualty Company,

Defendant.

---

This Court's Order of April 1, 2002 (Doc. No. 79), referring Defendant's Motion for Summary Judgment (Doc. No. 49) and Plaintiff's Motion for Partial Summary Judgment (Doc. No. 45) to Magistrate Judge Mason for recommended disposition is **VACATED**; those Motions will be deemed submitted to the undersigned on the briefs and the oral arguments heard by Judge Mason (a transcript of which has been provided to the Court) on April 19, 2002.

Dated: July 1, 2002

RICHARD H. KYLE
United States District Judge

JUL 01 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK