**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

B.M.B.,

Plaintiff,

vs.

State Farm Fire & Casualty Company,

Defendant.

Civil No. 01-355 (RHK/AJB)

**ORDER**

---

Plaintiff's Motion to Vacate Stay and to Certify Question is **DENIED**.

Dated: December 16, 2002

RICHARD H. KYLE
United States District Judge

FILED DEC 16 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____