**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

B.M.B.,

Plaintiff,

vs.

State Farm Fire & Casualty Company,

Defendant.

Civil No. 01-355 (RHK/AJB)

**ORDER**

---

The above matter is referred to Magistrate Judge Arthur J. Boylan for a settlement conference at such time, and under such conditions, as Judge Boylan directs.

If the matter does not settle, it will be placed on this Court's January 2004 trial calendar.

Dated: September 29, 2003

RICHARD H. KYLE
United States District Judge

SEP 2 9 2003