**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

B.M.B.,

Plaintiff, Civ. No. 01-355 (RHK/AJB)
**ORDER**

State Farm Fire and Casualty Company,

Defendant.

---

For the reasons stated by this Court during the December 29 pretrial conference, and upon all the files, records and proceedings herein, **IT IS ORDERED:**

1. Defendant's Motion to Bifurcate (Doc. No. 106) is **DENIED**;
2. Defendant's Motion in Limine to Preclude Testimony, Evidence or Argument Collaterally Attacking Prior Judgments (Doc. No. 103) is **DENIED**[1];
3. Defendant's Motion in Limine to Exclude the Testimony of Dr. Thomas Gratzer (Doc. No. 103) is **DENIED**;

---

[1]The jury will be allowed to determine whether Halliday "because of a mental illness or defect, [was] deprived of the ability to control his conduct regardless of any understanding of the nature of the act or its wrongfulness." An affirmative answer to this question will apply not only to the intentional act exclusion of the subject policy but also to the "willful and malicious act" exclusion. As stated in Wicka, 474 N.W.2d at 331, "the purpose of the intentional act exclusion is to deny the insured a license to commit wanton and malicious acts."

FILED DEC 30 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. Defendant's Motion in Limine to Exclude Testimony Relating to BMB's Consequential Damages (Doc. No. 103) is **GRANTED IN PART**; BMB may not introduce evidence relating to Halliday's ability to settle the claims of his daughters and BMB may not seek damages in this action arising out of the jury's verdict in the state court action brought by Halliday's daughters;

5. Defendant's Motion in Limine to Exclude Testimony Regarding Bad Faith Breach of Contract (Doc. No. 103) is **GRANTED**;

6. Defendant's Motion in Limine to Exclude the Testimony of Robert Kettering (Doc. No. 103) is **GRANTED** to the extent Kettering would testify on matters relating to policy interpretation;

7. Defendant's Motion in Limine to Exclude the Testimony of Timothy McManus (Doc. No. 103) is **DENIED**;

8. Defendant's Motion in Limine to Exclude Testimony Regarding Its Duty to Investigate Halliday's Mental Illness (Doc. No. 103) is **DENIED**;

9. Plaintiff's Motion in Limine Re: Bill Maxwell (Doc No. 96) is **DENIED AS MOOT**;

10. Plaintiff's Motion in Limine Re: Policy Interpretation (Doc. No. 98) is **DENIED AS MOOT**;

11. Plaintiff's Motion in Limine Re: Partial Satisfaction (Doc. No. 99) is **GRANTED**;

12. Plaintiff's Motion in Limine Re: Public Policy (Doc. No. 100) is **GRANTED** insofar as Defendant seeks to make arguments regarding punitive damages.

Dated: December 30, 2003

RICHARD H. KYLE
United States District Judge