# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

B.M.B.,

Plaintiff,

vs.

State Farm Fire & Casualty Company,

Defendant.

Civil No. 01-355 (RHK/AJB)

**ORDER**

1. Plaintiff's Written Objections to Defendant's Amended Trial Exhibit List are resolved as follows:

(a) The Objections to Defendant's Exhibits D1, D14, D15, D26, D41, D43 and D44 are **SUSTAINED**;

(b) The Objections to Defendant's Exhibits D5, D6 and D10 are **OVERRULED**; and

(c) Defendant has **WITHDRAWN** Defendant's Exhibit D2.

2. Defendant's Written Objections to Plaintiff's Trial Exhibit List are resolved as follows:

(a) The Objections to Plaintiff's Exhibits 6 and 8 (correspondence from Dr. Charles McCafferty) are **SUSTAINED**;

(b) The Objections to Plaintiff's Exhibits 7, 11, 15, 18, 19, 20, 21, 22, 23, 24, 25, 28 and 29 are **OVERRULED**; and

(c) Plaintiff has **WITHDRAWN** Plaintiff's Exhibits 17 and 32.

FILED JAN 1 4 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Except as above noted, there are no objections to the exhibit designated by both parties and, if offered, the exhibit will be received.

Dated: January ~~13~~ 14, 2004

RICHARD H. KYLE
United States District Judge