AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

B.M.B.

V.

State Farm Fire & Casualty Company

**JUDGMENT IN A CIVIL CASE**

Case Number: 01-335RHK/AJB

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

January 21, 2004
Date

RICHARD D. SLETTEN, CLERK

Denise La Fond

(By) Denise La Fond, Deputy Clerk

160

Modified:03/10/03